Case 1:24-cv-02922-ARR-PK    Document 20    Filed 04/24/25    Page 1 of 1 PageID #: 94

<u>**SCHEDULE "A"**</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PATRICIA GONZALEZ and
JONATHAN TINOCO,                                    DOCKET NO. ___24 CV 2922

                            SPLAINTIFF,

            -AGAINST-                                **STIPULATION OF
                                                     DISCONTINUANCE**

<u>**WITH PREJUDICE**</u>
CHABAD OF PORT WASHINGTON and
RABBI SHALOM M. PALTIEL

                            EFENDANTSD.
-------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, the above-entitled action be, and the same hereby

is discontinued with prejudice without costs to any party or against any other. This Stipulation may

be filed without further notice with the Clerk of the Court.

    This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated March 11, 2025

By: _____            By: _____
Larry Hollander, Esq                      Lina Stillman,
                                          Stillman Legal PC


So Ordered,

_____/s/(ARR)_____
Allyne R. Ross, U.S.D.J.  4/25/2025

**6**